# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE
1301 Clay Street, Suite 220S
Oakland, CA 94612
510-637-3600



**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
DEPUTY CHIEF U.S. PROBATION OFFICER

**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

June 21, 2021

Honorable Haywood S. Gilliam, Jr.
Unites States District Judge
Oakland Venue

**RE: U.S. vs. ANDRE AMAYA**
**Dkt No: 4:19-CR-00447-HSG**
<u>**Request for International Travel to Mexico**</u>; **ORDER**

Your Honor,

The purpose of this letter is to request approval for international travel request for Mr. Amaya to travel to Torreón, Coahuila, Mexico.

Mr. Amaya was originally sentenced in the Eastern District of California, by United States District Judge, Morrison C. England on March 16, 2017, for violations of 21 U.S.C. §841(a)(1), Distribution of Methamphetamine, A Class B Felony. He was sentenced to 60 months' custody, followed by 60 months of supervised release. His special conditions included a $100 Special Assessment; expanded search; shall provide the probation officer with access to any requested financial information; participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse; shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol; shall make an application as a Drug Offender pursuant to state law; and shall not associate with any known gang member of the Norteno, Nuestra Familia street gang or any other known member of a criminal street gang, as directed by the probation officer.

Mr. Amaya commenced his term of supervised release in the Northern District of California on June 15, 2018. On September 16, 2019, a Transfer of Jurisdiction was filed from the Eastern District of California to the Northern District of California. Thus far, he has demonstrated efforts to remain compliant with the conditions set forth by the Court and appears to be making positive progress in the community. Specifically, Mr. Amaya has submitted numerous negative drug test results, satisfied his financial obligation to the Court, has remained gainfully employed through O.C. Jones & Sons, Inc. (construction projects throughout Northern California) and continues to make himself available in the community for supervision contact by the undersigned.

**RE: Amaya, Andre**

Mr. Amaya is requesting permission to travel to Torreón, Coahuila, Mexico, to visit with family members after the recent passing of his maternal aunt. The duration of the trip will be from June 22, 2021, through July 8th, 2021. Mr. Amaya will be traveling with his mother, Teresa Gutierrez Barajas, and another family member, Eva Gutierrez, to assist with packing up and selling her home. Mr. Amaya has submitted his flight itinerary and has a valid U.S. passport.

The undersigned recommends that international travel be approved. If the court needs any additional information, please feel free to contact me at (408) 655-9070 work cell, and/or email at malik_ricard@canp.uscourts.gov.

Respectfully submitted,

_____
Malik Ricard
United States Probation Officer

_____
Noel A. Belton
Supervisory U.S. Probation Officer

Travel is:
☒ Approved
☐ Denied

_____
6/21/2021
Date

_____
Haywood S. Gilliam, Jr.
United States District Judge